IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

─────────────────────────────── X
In re                                                                : Chapter 13
Jody L. Bennett,                                                : Case No. 22-13126-pmm
          Debtor(s).                                    :
                                                :
                                                :
                                                :
                                                :
─────────────────────────────── X

**ORDER**

AND NOW, upon consideration of the Movant's Motion for entry of an order pursuant to sections 1406 of title 28 of the United States Code and Federal Rule of Bankruptcy Procedure 1014(a)(2) transferring this case to the United States Bankruptcy Court for the District of New Jersey (doc. , the "Motion") and after notice and hearing, and there being no opposition to the Motion;

It is hereby **ORDERED** that:

1. The Motion is **granted**, and

2. This case be and hereby is transferred from this Court to the United States Bankruptcy Court for the District of New Jersey.

*Patricia M. Mayer*

Date: January 12, 2023

**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**